Civil Action No. 1:20-cv-00372

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Crownpointe Communities, LLC c/o LCN, LLC, Registered Agent (Larry M. New) 1836 S. Patriot Drive Yorktown IN 47396

was received by me on *(date)* November 17, 2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I personally served the Summons on Allison Hubbard, a receptionist at Heritage Medical Group 1836 S. Patriot Dr. Yorktown, IN. 47396 on November 20, 2020 at 10:14 A.M.

My fees are $ 15.40 for travel and $ 72.10 for services, for a total of $ 87.50.

I declare under penalty of perjury that this information is true.

Date: November 20, 2020

*Server's signature*

CARL D. CALDWELL, OWNER
*Printed name and title*

CARL CALDWELL INVESTIGATIONS
P.O. BOX 16 ELWOOD, IN 46036
*Server's address*

Additional information regarding attempted service, etc: