IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., and BRENDA STROUT, | |
| Plaintiffs, | Case No. 1:20-cv-00372-HAB-SLC |
| v. | |
| HARTFORD PLACE, L.P., and CROWNPOINT COMMUNITIES, LLC, | |
| Defendants. | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiffs Fair Housing Center of Central Indiana, Inc., and Brenda Strout.

    s/ Thomas E. Crishon
    Thomas E. Crishon (No. 28513-49)
    INDIANA DISABILITY RIGHTS
    4701 North Keystone Avenue, Suite 222
    Indianapolis, IN 46205
    317/722-3443
    Fax: 317/722-5564
    tcrishon@indianadisabilityrights.org